UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| CHARLES ARRINGTON, | ) | No. CV 08-2683-DSF (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| LINDA SANDERS, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the order adopting the magistrate judge's final report and recommendation,

IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.


DATED: 5/14/09

_____
HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE